UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LUNDQUIST, a minor; JEAN MARIE LUNDQUIST, a minor; ROBERT LUNDQUIST, a minor, by and through their Guardian ad Litem, MARIE LUNDQUIST; and, MARIE LUNDQUIST, individually,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　　Defendant. | Civil No.   06cv1438-WQH (CAB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On January 3, 2007, the Court held an Early Neutral Evaluation Conference. The case did not settle. Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule 26 immediately thereafter. Based thereon, IT IS HEREBY ORDERED:

　　1.　　Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

　　2.　　The Rule 26(f) conference shall be completed on or before **January 26, 2007**;

　　3.　　The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **February 9, 2007**;

///

      4.     A discovery plan shall be <u>lodged</u> with Magistrate Judge Bencivengo on or before **February 9, 2007**; and,

      5.     A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **March 1, 2007**, at **9:00 a.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall coordinate and initiate the conference call.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: January 3, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge