# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LUNDQUIST, a minor; JEAN MARIE LUNDQUIST, a minor; ROBERT LUNDQUIST, a minor, by and through their Guardian ad Litem, MARIE LUNDQUIST; and, MARIE LUNDQUIST, individually,<br><br>                              Plaintiffs,<br>          v.<br>UNITED STATES OF AMERICA,<br>                              Defendant. | Civil No.   06cv1438-WQH (CAB)<br><br>**ORDER FOLLOWING STATUS CONFERENCE ON SEPTEMBER 28, 2007; VACATING EXPERT REPORT EXCHANGE DEADLINES** |

On September 28, 2007, the Court held a telephonic Status Conference regarding the progress of settlement discussions. The parties are conducting the relevant discovery and requested additional time to pursue settlement.

Accordingly, the Court VACATES the following dates: the October 29, 2007 deadline for the exchange of expert reports and the November 19, 2007 deadline for the exchange of rebuttal reports. All other dates remain the same.

///
///
///
///
///

A further telephonic Status Conference shall be conducted on **October 26, 2007,** at **9:30 a.m.** Plaintiff's counsel shall coordinate and initiate the conference call.

**IT IS SO ORDERED.**

DATED: September 28, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge