UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LUNDQUIST, a minor; JEAN MARIE LUNDQUIST, a minor; ROBERT LUNDQUIST, a minor, by and through their Guardian ad Litem, MARIE LUNDQUIST; and, MARIE LUNDQUIST, individually,<br><br>          Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Case No. 06cv1438-WQH (CAB)<br><br>**ORDER SETTING HEARING ON MINOR'S COMPROMISE** |

On December 3, 2007, Magistrate Judge Bencivengo convened a settlement conference in the above-entitled action. The case settled and this Court was assigned to review the minor's compromise. Doc. Nos. 28 & 29.

///
///
///
///
///
///

1   A hearing on the petition for approval of the minor's compromise
2  will be held on **January 22, 2008** at **10:30 a.m.**  Counsel for both parties
3  shall appear in person but Plaintiffs may participate by telephone.
4  Plaintiff shall file the petition and any supporting documents on or
5  before **January 10, 2008**.  If Defendant wishes to file any documents, it
6  must do so on or before **January 16, 2008**.
7   **IT IS SO ORDERED.**
8  DATED:   December 12, 2007

*Barbara L. Major* (signature)

BARBARA L. MAJOR
United States Magistrate Judge

16  COPY TO:
17  HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE
18
ALL COUNSEL