UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LUNDQUIST (a minor), JEAN MARIE LUNDQUIST (a minor), ROBERT LUNDQUIST (a minor), by and through their Guardian ad Litem, MARIE LUNDQUIST,<br><br>Plaintiff,<br><br>v.<br><br>UNITES STATES OF AMERICA,<br><br>Defendant. | Civil No.   06CV1438-WQH (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

A settlement conference was held on December 3, 2007. The case settled. A petition for minor's compromise is to be filed by January 10, 2008. The petition for minor's compromise will be heard by Magistrate Judge Barbara L. Major on January 22, 2008. If the minor's compromise is approved, then the parties shall proceed as follows:

1. A Joint Motion for Dismissal shall be electronically filed on or before **March 27, 2008**.[1] On the same day the Joint Motion for Dismissal is filed, the proposed order for dismissal, for the signature of the Honorable William Q. Hayes, shall be emailed to the chambers of the Honorable Cathy Ann Bencivengo.[2]

---

[1] *See* General Order 556, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2] *See id.* at 13-14, for the chambers' official email address and procedures on emailing proposed orders.

2. If a Joint Motion for Dismissal and proposed order for dismissal are not submitted on or before March 27, 2008, then a Settlement Disposition Conference shall be held on **March 28, 2008**, at **9:00 a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for plaintiff shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal and proposed order for dismissal are received on or before March 27, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED.**

DATED: December 14, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge