1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  JOHN LUNDQUIST, a minor; JEAN      )  Case No. 06cv1438-WQH (CAB)
    MARIE LUNDQUIST, a minor;          )
12  ROBERT LUNDQUIST, a minor, by      )  **ORDER APPROVING COMPROMISE OF**
    and through their Guardian ad      )  **CLAIMS OF MINOR PLAINTIFFS**
13  Litem, MARIE LUNDQUIST; and,       )  **JOHN LUNDQUIST, JEAN MARIE**
    MARIE LUNDQUIST, individually,     )  **LUNDQUIST, and ROBERT**
14                                     )  **LUNDQUIST, BY AND THROUGH**
                         Plaintiffs,   )  **THEIR GUARDIAN AD LITEM, MARIE**
15  v.                                 )  **LUNDQUIST**
                                       )
16  UNITED STATES OF AMERICA,          )  **[Doc. Nos. 32 & 32-2]**
                                       )
17                       Defendant.    )
    _____)
18

19       Good cause shown, the petition of Marie Lundquist, guardian ad

20  litem of minor plaintiffs John Lundquist, Jean Marie Lundquist and

21  Robert Lundquist for approval of the minors' settlement with the United

22  States of America is **GRANTED.**

23       The Court finds the total settlement of $200,000, with  $150,000

24  being apportioned to John Lundquist, $5,000 to Robert Lundquist and

25  $5,000 to Jean Marie Lundquist, to be a fair resolution of the case.

26       The court approves a total attorney fee of $49,127.51 to be charged

27  against both the minors' cases, and the claim of the adult.  The court

28  also approves reimbursement of litigation costs of $3,489.96.

1    Following reduction for attorney fees and costs, the recovery of
2  John Lundquist will be $110,536.89.  The recovery Jean Marie Lundquist
3  will be $3,684.56.  The recovery of Robert Lundquist will be $3,684.56.

4    The recovery of John Lundquist shall be paid out under the terms of
5  an annuity through Prudential Insurance Company of America.  Said minor
6  shall receive guaranteed annual payments in the amount of $10,000 for
7  twenty (20) years, beginning August 12, 2012 (age 18) and a lump sum
8  payment of $5,482.13 on August 12, 2031.

9    Certificate of Deposit accounts shall be established at the New
10 Alliance Bank, Coventry Branch, 1372 Main Street, Coventry, Connecticut.
11 The accounts will be set up as follows: one account in the name of Jean
12 Marie Lundquist in the amount of $3,684.56, maturing on November 8, 2009
13 (age 18) and, one account in the name of Robert Lundquist in the amount
14 of $3,684.56, maturing on July 5, 2013 (age 18).  Said accounts shall be
15 funded out of a payment from the United States of America to the trust
16 account of David Thompson, Attorney at Law in the amount of $89,463.11,
17 which includes the monies of said minors, the recovery of Marie
18 Lundquist and attorney fees and costs.

19   Marie Lundquist is authorized to execute the release and settlement
20 agreement [Doc. No. 32-2] attached to the petition for compromise of
21 minor's claim and this Order expressly approves the terms of that
22 settlement agreement.  Plaintiffs' attorneys are authorized to execute
23 a request for dismissal of the entire action after the annuity has been
24 funded and the payment to the attorney trust account has been made.

25   **IT IS SO ORDERED.**

26 DATED:  January 25, 2008

27

28                              _Barbara L. Major_
                               _____
                               BARBARA L. MAJOR
                               United States Magistrate Judge

COPY TO:

HONORABLE WILLIAM Q. HAYES
U.S. DISTRICT JUDGE

ALL COUNSEL