FILED

08 APR -3 AM 8:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JL (a minor), JML (a minor), and RL (a minor), *by and Through Their Guardian Ad Litem*, MARIE LUNDQUIST; and MARIE LUNDQUIST, *Individually*,<br><br>    Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA,<br>    Defendant. | Case No. 06 cv 1438 - WQH (CAB)<br><br>**ORDER**<br>**GRANTING JOINT MOTION TO DISMISS**<br>**(Fed. R. Civ. P. 41)** |

The parties to this action, having settled the case by agreement and approved minors' compromise, jointly move that the case be dismissed in its entirety, with prejudice, under Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs of suit.

It is hereby ORDERED that upon joint motion of the parties and for good cause shown, the case is dismissed with prejudice, each party to bear its own costs and fees.

IT IS SO ORDERED.

Date: _____          _____
                              Judge of the District Court